Action by Addie M. Hunt against the Long Island Railroad Company. W. N. Cohen, for appellant. W. C. Beecher, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 131 App. Div. 934, 116 N. Y. Supp. 1138.

---

HUNT v. LONG ISLAND R. CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Annie M. Hunt against the Long Island Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

---

IRELAND, Respondent, v. DODGE, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Emma N. Ireland against Anna Dodge. J. J. Kramer, for appellant. C. S. Cooke, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

I. S. REMSON MFG. CO. v. WELLS et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by the I. S. Remson Manufacturing Company against Charles Wells and others. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the decision was against the weight of the evidence.

---

JENSEN v. O'ROURKE ENGINEERING & CONSTRUCTION CO. (Supreme Court, Appellate Term. April 8, 1910.) Appeal from City Court of New York, Trial Term. Action by Jesper M. C. Jensen against the O'Rourke Engineering & Construction Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Reversed and dismissed. James B. Henney, for appellant. Appell & Taylor (George H. Taylor, Jr., of counsel), for respondent.

PER CURIAM. The facts of this case are stated in the opinion of this court reported in 117 N. Y. Supp. 905. Upon the second trial the plaintiff went a little further in testifying in support of his own case than he did upon the first trial. Even if we consider the additional testimony now presented for the first time, it is evident from a review of the whole record that the plaintiff was guilty of contributory negligence as a matter of law. Judgment reversed, and complaint dismissed, with costs.

GAVEGAN, J., dissents.

---

JOHNSON, Respondent, v. EISEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Thomas Johnson against Emil Eiseman. No opinion. Judgment and order unanimously affirmed, with costs.

---

JOHNSON v. FLORIDA EAST COAST RY. CO. et al, (Supreme Court, Appellate Division, First Department. March 18, 1910.)

Action by Abraham Johnson against the Florida East Coast Railway Company and others. No opinion. Motion granted. Order filed.

---

JOHNSTON v. GARVEY. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Edward W. S. Johnston, as executor, etc., against Martin T. Garvey. No opinion. Motion granted, with $10 costs, unless appellant complies with conditions stated in order. Order filed.

---

JONES v. CALVERT et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Lorena R. Jones against George H. Calvert and others. No opinion. Motion denied with $10 costs. Order filed. See, also, 121 N. Y. Supp. 126.

---

JONES, Appellant, v. SEAMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by William C. Jones against Frank Seaman and another. No opinion. Motion to resettle order denied, without costs. See, also, 133 App. Div. 127, 117 N. Y. Supp. 288.

---

KARPF v. BORGENICHT et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Max Karpf against Louis Borgenicht and others. No opinion. Application granted. Order signed. See, also, 65 Misc. Rep. 592, 120 N. Y. Supp. 876.

---

KEATING, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Maria Keating, as administratrix, etc., against the Manhattan Railway Company. R. R. Billington, for appellant. L. E. Quigg, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 110 App. Div. 108, 97 N. Y. Supp. 137.

---

KELEHER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Stephen B. Keleher against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

---

KENNEY, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Mary E. Kenney against John H. Walsh, individually and as executor, etc. C. J. Hardy, for appellant. E. A. Philbin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

KERMAN v. PENNSYLVANIA STEEL CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Edward Kerman against the Pennsylvania